**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RASHAN D. COLEY** | : | |
| **Petitioner** | : | |
| | : | **CIVIL ACTION NO. 3:14-2328** |
| **v.** | : | |
| | | **(Judge Mannion)** |
| **LAWRENCE MUHALLY, et al.,** | : | |
| **Respondents** | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: April 9, 2018
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2328-01-ORDER.wpd

1